UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JODI ANN NIESS,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:17-cv-01471-RBL-BAT

**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS**

The Court after careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Commissioner's decision is **REVERSED** and this case is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall reassess the opinions of Drs. Kouzes, Wilkinson, Colby, and Johnson, assess Ms. Niess' RFC, and proceed to steps four and five.

DATED this 20th day of April, 2018.

_____
Ronald B. Leighton
United States District Judge

ORDER REVERSING AND REMANDING
FOR FURTHER PROCEEDINGS - 1