U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JODE ANN NIESS, | ) |
| | ) CIVIL NO. 2:17-cv-01471-RSM |
| Plaintiff, | ) |
| | ) ORDER GRANTING ATTORNEY'S |
| vs. | ) FEES PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come regularly before the undersigned upon Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b), the Court having considered the contentions of Plaintiff and Defendant, no objections from the government, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney David P. Oliver is awarded gross attorney's fees of **$10,592.77** pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of **$0.00** that were previously awarded and the **$6,000.00** administrative fee, leaving a net fee of **$4,592.77**. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein,

ORDER FOR ATTORNEY'S FEES- 1

Social Security is directed to send to Plaintiff's attorney the net balance of **$4,592.77**, minus any applicable processing fees as allowed by statute.

DATED this 7th day of November 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEY'S FEES- 2